Elizabeth MULLER, appellant, v. NATIONAL SURETY COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Order of the Appellate Term (91 Misc. Rep. 544, 154 N. Y. Supp. 1096) of September 29, 1915, modifying the judgment of the Municipal Court by reducing plaintiff's recovery to $207.99, with taxable costs, affirmed, with costs of appeal in this court. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

Joseph T. MULLIGAN, applt., v. Charles STRAUSS and others, Commissioners of the Board of Water Supply of the City of New York, William A. Prendergast, Comptroller of the City of New York, respts., and Jerome H. Buck, applt. (Supreme Court, Appellate Division, Third Department. March 23, 1916.) Motion denied.

Charles R. MULRONEY, respt., v. James O. WINSTON and others, applts. (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Judgment and order unanimously affirmed, with costs. Cochrane, J., not sitting.

Charles R. MULRONEY, respt., v. James O. WINSTON et al., applts. (Supreme Court, Appellate Division, Third Department. March 23, 1916.) Motion denied. Cochrane, J., not sitting.

Margaret MURNANE, respondent, v. Lewis Walter PEARSON, appellant. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Judgment and order affirmed, with costs. See Barnett's Adm'r v. Brand, 165 Ky. 616, 177 S. W. 461, citing cases from other jurisdictions. Jenks, P. J., and Carr, Rich, and Putnam, JJ., concur. Mills, J., dissents.

John MURPHY, respondent, v. Henry E. FOX, appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Elizabeth M. MURRAY, Applt., v. Charles B. DILLINGHAM, Respt. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Edward M. MURTFELDT, respondent, v. Leander H. THORN, appellant. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., and Carr, Mills, Rich, and Putnam, JJ., concur.

The MYLVIRN CORP'N v. N. PASSMAN & SON, Inc. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Motion denied. Order filed.

Nicholaus NALAWAJKO, Respondent, v. TENNESSEE COPPER COMPANY, Appellant. Supreme Court, Appellate Division, First

Department. March 17, 1916.) Appeal from Trial Term, New York County.

PER CURIAM. Judgment and order affirmed, with costs. No opinion.

CLARKE, P. J., dissents, upon the ground that the plaintiff was clearly guilty of contributory negligence, which should preclude recovery.

In the Matter of the Judicial Settlement of the Account of Elizabeth A. NAUL, as administratrix, etc., of Robert J. Power, deceased. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Decree of the Surrogate's Court of Suffolk County affirmed, with costs. No opinion. Stapleton, Mills, and Putnam, JJ., concur. Jenks, P. J., and Thomas, J., dissent.

Matt NAUYALIS, appellant, v. PHILADELPHIA & READING COAL & IRON COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. January 19, 1916.) Motion for reargument denied, without costs; motion for leave to appeal to the Court of Appeals granted.

Isaac NECHAMKIN, an inft., Respt., v. John H. WIEMERS, Inc., Applt. (Supreme Court, Appellate Division, First Department. March 17, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Minnie H. NEILSON, v. Theophilus NEILSON. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Motion granted, with $10 costs. Order filed.

In the Matter of the petition of NEW YORK, WESTCHESTER & BOSTON RAILWAY COMPANY, respondent and appellant, v. CITY OF MT. VERNON, appellant and respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Final order affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

George L. NICHOLS and Albert G. Milbank, as executors, etc., respts., v. John P. KELLAS, applt. (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Judgment (90 Misc. Rep. 432, 154 N. Y. Supp. 22) unanimously affirmed, with costs, on the opinion of Mr. Justice Borst at Trial Term.

Edna W. NICHOLS, appellant, v. Paul R. NICHOLS, respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Order affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

Margaret NOONAN, individually and as administratrix, etc., respondent, v. William W. WALLACE et al., appellants; Ambrose Hussey and Nat C. Strong, etc., and the Ridgewood Exhibition Company, respondents. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Interlocutory judgment and decision reversed as to defend-